# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# ALTERNATIVE DISPUTE RESOLUTION QUESTIONNAIRE

**Evaluation by Client**

(To be completed by client representative(s)
who attended ADR proceeding)

**PLEASE PRINT OR TYPE**

| | |
|---|---|
| Civil Action No: 2:09cv153     Case Name: Martinez v. Mitsubishi Motors North America, Inc. | |
| Your name: David P. Stone     Telephone No.: (214) 369-2100 Ext. 3705 | |
| Representing self: ____     party name: Mitsubishi Motors North America, Inc. | |
| Your address: Hartline, Dacus, Barger, Dreyer & Kern, L.L.P., 6688 N. Central Expressway, Suite 1000, Dallas, TX 75206 | |
| You were:   plaintiff _____   defendant __X__   other (specify): _____ | |

Name of ADR provider: Andrew J. Lehrman     PRIB No. 1159
ADR method used:   mediation __X__        mini-trial _____
                   summary jury trial _____  arbitration _____

Referral to ADR was:   court ordered _____        agreed upon by the parties __X__
ADR provider was:      court selected _____        agreed upon by the parties __X__

Was the ADR proceeding helpful to understanding the issues in the case? Yes __X__ No _____
ADR proceeding consumed __4__ hours (not including preparation time).

Results of ADR proceeding:
_____ Case settled after referral but <u>before</u> ADR proceeding.
__X__ Case settled <u>at</u> ADR proceeding.
_____ Case settled <u>after</u> ADR proceeding as a result of ADR proceeding.
_____ Case settled <u>after</u> ADR proceeding, but not as a result of, ADR proceeding.
_____ Case did not settle.

Comments: _____

Please evaluate the skill and effectiveness of the **ADR provider**:
    excellent __X__        satisfactory _____        unsatisfactory _____
Comments: _____

Previous participation in ADR proceedings (number of each):
    mediation __200__              mini-trial __0__
    summary jury trial __0__       arbitration __1__

Your attorney's name, address and telephone number:

David P. Stone
Brian Rawson
Hartline, Dacus, Barger, Dreyer & Kern, L.L.P.
6688 N. Central Drive, Suite 1000
Dallas, TX 75206
214-369-2100 – Telephone

Signature:   *David P. Stone*                              Date:  December 16, 2009

ADR-5 1/30/01